IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DAVID LIBRACE                                                                              PLAINTIFF

v.                                              No. 2:14-cv-132-DPM

PHILLIPS COUNTY ELECTION
COMMISSION; JEROME TURNER,
Commissioner; JOHNNIE SUMPTER,
Commissioner; ALLEN MARTIN,
Commissioner; LINDA WHITE, County
and Probate Clerk of Phillips County; and
MARK MARTIN, in his official capacity as
Secretary of State for the State of Arkansas                      DEFENDANTS

ORDER

The Court has reconsidered all its earlier rulings. They stand. Motion to reconsider, № 11, granted, but the Court declines to change its rulings. If Librace doesn't pay the filing fee by 16 January 2015, the Court will dismiss this case without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 December 2014