IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DAVID LIBRACE                                                                PLAINTIFF

v.                             No. 2:14-cv-132-DPM

PHILLIPS COUNTY ELECTION
COMMISSION; JEROME TURNER,
Commissioner; JOHNNIE SUMPTER,
Commissioner; ALLEN MARTIN,
Commissioner; LINDA WHITE, County
and Probate Clerk of Phillips County; and
MARK MARTIN, in his official capacity as
Secretary of State for the State of Arkansas                    DEFENDANTS

ORDER

The Court ordered Librace to pay the required filing fee by 16 January 2015 or his complaint would be dismissed. № 12. He hasn't complied. The Court therefore dismisses Librace's complaint without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 February 2015