IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DAVID LIBRACE                                                    PLAINTIFF

v.                              No. 2:14-cv-132-DPM

PHILLIPS COUNTY ELECTION
COMMISSION; JEROME TURNER,
Commissioner; JOHNNIE SUMPTER,
Commissioner; ALLEN MARTIN,
Commissioner; LINDA WHITE, County
and Probate Clerk of Phillips County; and
MARK MARTIN, in his official capacity as
Secretary of State for the State of Arkansas                     DEFENDANTS

## JUDGMENT

Librace's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

9 February 2015